In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00025-CV**
_____

**FELIX EUGENE SMITH, Appellant**

**V.**

**DARYL MARTINDALE, Appellee**

**On Appeal from the 136th District Court**
**Jefferson County, Texas**
**Trial Cause No. D-208282**

**MEMORANDUM OPINION**

Felix Eugene Smith, Appellant, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on October 9, 2024
Opinion Delivered October 10, 2024

Before Golemon, C.J., Johnson and Chambers, JJ.